**Electronically Filed
Supreme Court
SCWC-18-0000776
09-MAR-2023
09:43 AM
Dkt. 17 ODAC**

SCWC-18-0000776

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

LILLIAN M. JONES, M.D.,
Petitioner/Plaintiff-Appellant,

vs.

HAWAI‘I MEDICAL BOARD; AHLANI K. QUIOGUE, EO,
and CONSTANCE I. CABRAL, EO,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000776; CIV. NO. 1CC151001958)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, J.,
Circuit Judge Remigio in place of Recktenwald, C.J., recused,
Circuit Judge Johnson in place of Nakayama, J., recused,
and Circuit Judge Morikawa in place of Wilson, J., recused)

The application for writ of certiorari filed on January 31,

2023 by Petitioner/Plaintiff-Appellant Lillian M. Jones, M.D. is

hereby rejected.

DATED: Honolulu, Hawai‘i, March 9, 2023.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Catherine H. Remigio

/s/ Ronald G. Johnson

/s/ Trish K. Morikawa

